ON BOND

# United States District Court
# District of Nevada (Las Vegas)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00352-NJK-1

Case title: USA v. Carriere                    Date Filed: 04/23/2021

Assigned to: Magistrate Judge Nancy J. Koppe

**Defendant (1)**

**Monet Latrice Carriere**       represented by   **Kendall S Stone**
                                                  Pitaro & Fumo, Chtd.
                                                  601 S. Las Vegas Blvd.
                                                  Las Vegas, NV 89101
                                                  702-474-7554
                                                  Fax: 702-382-9221
                                                  Email: kendall@fumolaw.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

**Pending Counts**                               **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                            **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                   **Disposition**
Rule 5

**Plaintiff**

**USA**                          represented by   **Edward G Veronda**
                                                  501 South Las Vegas Blvd
                                                  Suite 1101

Las Vegas, NV 89101
702-388-6522
Email: edward.g.veronda@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2021 | | Case assigned to Magistrate Judge Nancy J. Koppe. (TM) (Entered: 04/23/2021) |
| 04/23/2021 | 1 | Rule 5(c)(3) Documents Received as to Monet Latrice Carriere. Documents received from Southern District of Ohio include Complaint, Arrest Warrant. (HAM) (Entered: 04/23/2021) |
| 04/23/2021 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Monet Latrice Carriere held on 4/23/2021 before Magistrate Judge Nancy J. Koppe. Crtrm Administrator: *A. Caytuero*; AUSA: *Edward G. Veronda*; Def Counsel: *Kendall S. Stone, CJA*; PTS: *Jessie Moorehead*; Court Reporter/Recorder: *Liberty/ FTR*; Recording start and end times: *5:00:04 - 5:15:09*; Time of Hearing: *5:00 PM - 5:15 PM*; Courtroom: *3C*;<br>Defendant is present via videoconference and is in custody. Defendant waives her right to appear in person at this hearing for the record. Financial Affidavit is filed. Defendant is sworn under oath to affirm that the information included in the Financial Affidavit is true and correct to the best of her knowledge and ability under penalty of perjury. Defendant affirms that the information is accurate. CJA Panel Attorney Kendall S. Stone is appointed as defense counsel. Defendant is advised of her rights/ charges. Waiver of Identity Hearing is filed. ORDERED that the Defendant is identified as the named defendant in Complaint and is held to answer in the Southern District of Ohio (Columbus). The Court issues an oral order to the parties confirming the United States' *Brady* obligations. Government moves for detention. Detention hearing proceeds. U.S. Pretrial Officer Moorehead addresses the Court. IT IS ORDERED that the Defendant is released on a personal recognizance bond with conditions. Bond form executed. Defendant's next appearance date in the Southern District of Ohio is scheduled for <u>Wednesday, May 5, 2021</u> before Magistrate Judge Kimberly A. Jolson. Government will provide Pretrial Services and Defense counsel a time and location for Defendant's virtual hearing on May 5, 2021. Rule 5 deadline is set for <u>April 30, 2021</u>. Court adjourns. **(no image attached)** (Copies have been distributed pursuant to the NEF - AC) (Entered: 04/26/2021) |
| 04/23/2021 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, as to Monet Latrice Carriere on 4/23/2021 by Deputy Clerk: A. Caytuero.<br><br>Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible evidence. *See United States v. Price*, 566 F.3d 900,913 n.14 (9th Cir. 2009). Accordingly, the court orders the government to produce to the defendant in a timely manner all such information or evidence. |

| | | |
|---|---|---|
| | | Information or evidence may be favorable to a defendant's case if it either may help bolster the defendant's case or impeach a prosecutor's witness or other government evidence. If doubt exists, it should be resolved in favor of the defendant with full disclosure being made.<br><br>If the government believes that a required disclosure would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, the government may apply to the Court for a modification of the requirements of this Disclosure Order, which may include in camera review and/or withholding or subjecting to a protective order all or part of the information.<br><br>This Disclosure Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Disclosure Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. Nothing in this Disclosure Order enlarges or diminishes the government's obligation to disclose information and evidence to a defendant under *Brady*, as interpreted and applied under Supreme Court and Ninth Circuit precedent. As the Supreme Court noted, "the government violates the Constitution's Due Process Clause 'if it withholds evidence that is favorable to the defense and material to the defendant's guilt or punishment.'" *Turner v. United States*, 137 S. Ct. 1885, 1888 (2017), quoting *Smith v. Cain*, 565 U.S. 73, 75 (2012).<br><br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AC) (Entered: 04/26/2021) |
| 04/23/2021 | 5 | ORDER APPOINTING COUNSEL as to Monet Latrice Carriere. CJA appointed Kendall Stone as counsel for Defendant. Please see LCR 17-1(c) re the issuance of subpoenas. Signed by Magistrate Judge Nancy J. Koppe on 4/23/21. *Nunc Pro Tunc*: 4/22/21 (Copies have been distributed pursuant to the NEF - HAM) (Entered: 04/26/2021) |
| 04/23/2021 | 6 | WAIVER of Rule 5(c)(3) Hearings by Monet Latrice Carriere. (HAM) (Entered: 04/26/2021) |
| 04/23/2021 | 7 | ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL. Signed by Magistrate Judge Nancy J. Koppe on 4/23/21. (Copies have been distributed pursuant to the NEF - HAM) (Entered: 04/26/2021) |
| 04/26/2021 | 8 | PR BOND Entered as to Monet Latrice Carriere (1). (HAM) (Entered: 04/27/2021) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/29/2021 10:01:53 | | |
| **PACER Login:** | rectorj1:4270467:4267454 | **Client Code:** |

| Description: | Docket Report | Search Criteria: | 2:21-mj-00352-NJK |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**