AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Monet Latrice Carriere<br>*Defendant* | )<br>)<br>) Case No. 2:21-mj-270<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _____

_Monet Carriere / with perm_
*Defendant's signature*

_Brian Smith_
*Signature of defendant's attorney*

BRIAN SMITH / NY 19279
*Printed name and bar number of defendant's attorney*

520 S. 4TH ST, STE 340
LAS VEGAS, NV 89101
*Address of defendant's attorney*

BRIAN@BTSMITHGROUP.COM
DEFENSE
*E-mail address of defendant's attorney*

702-880-8248
*Telephone number of defendant's attorney*

702-333-0161
*FAX number of defendant's attorney*